**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bellevue Remodel & Design LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5043178** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Bellevue Remodel & Design LLC**            Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2389

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Bellevue Remodel & Design LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other    **Potential for theft of contents**

Where is the property?    **222 Philadelphia Pike**
**Suites 9, 10, 11 and closet**
**Wilmington, DE, 19809-0000**
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☑ Yes.    Insurance agency    **Atlantic States Insurance Compnay**
           Contact name    _____
           Phone    **800-877-0600**

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Bellevue Remodel & Design LLC**        Case number (*if known*) _____
           Name

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bellevue Remodel & Design LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/25/2023
_____
MM / DD / YYYY

X _____          **Victoria J. Sorg**
Signature of authorized representative of debtor          Printed name

Title    **Member**
_____

**18. Signature of attorney**

X _____          Date    01/26/2023
Signature of attorney for debtor          MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**          Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

# ACTION BY WRITTEN CONSENT

# OF THE MEMBER OF BELLEVUE REMODEL & DESIGN LLC

_____

## January 25, 2023

The undersigned, Victoria Sorg, being the Member (the "**Member**") of Bellevue Remodel & Design LLC, a Delaware limited liability corporation (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

WHEREAS, the Member has determined that the Company is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the Member has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

RESOLVED FURTHER, that Victoria Sorg (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of Bellevue Remodel & Design LLC under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Company.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

This Action by Written Consent of the Member is to be filed with the minutes of each of the proceedings of the members, and shall have the same force and effect as an action taken at each of a duly convened meeting of the members of the Company.

DocuSign Envelope ID: 03D87C53-489B-46BD-980F-AA1929226C5D

This Action by Written Consent of the Member may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the Member as of the date first above written.

BELLEVUE REMODEL & DESIGN LLC

*Victoria J. Sorg*

VICTORIA SORG
 MEMBER

**Fill in this information to identify the case:**

Debtor name   **Bellevue Remodel & Design LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/25/2023**     x _Victoria Sorg_

Signature of individual signing on behalf of debtor

**Victoria J. Sorg**
Printed name

**Member**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Bellevue Remodel & Design LLC** _____  Case No. _____
                                        Debtor(s)          Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____ **7,838.00**

    Prior to the filing of this statement I have received _____  $ _____ **7,838.00**

    Balance Due _____  $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of any petition, schedules, statement of affairs which may be required.
        Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to
    Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances
    actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

    **\*notated in retainer as fee/costs additonal (post-petition)**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

01/26/2023 _____        /s/ Ronald S. Gellert
_Date_                             **Ronald S. Gellert**
                                   _Signature of Attorney_
                                   **Gellert Scali Busenkell & Brown, LLC
                                   1201 N. Orange Street
                                   Suite 300
                                   Wilmington, DE 19801
                                   (302) 425-5806
                                   rgellert@gsbblaw.com**
                                   _Name of law firm_

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bellevue Remodel & Design LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................    $                          **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.....................................................................................    $                **112,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................    $                **112,000.00**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $                          **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $                 **18,644.62**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$                **809,843.10**

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b          $                **828,487.72**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bellevue Remodel & Design LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WSFS Bank** | **Checking** | **6535** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $0.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **112,000.00** | - | **0.00** | = .... | **$112,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Bellevue Remodel & Design LLC**        Case number *(If known)* _____
Name

| | |
|---|---|
| 12. **Total of Part 3.** | **$112,000.00** |
| Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** <br> **See Attached** | | **Unknown** | | **Unknown** |

| | |
|---|---|
| 23. **Total of Part 5.** | **$0.00** |
| Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **Bellevue Remodel & Design LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **1 Blue Wooden Desk** | **Unknown** | | **Unknown** |
| **1 Blue and White Patterned Apolostered Chair** | **Unknown** | | **Unknown** |
| **Tall desk with chair** | **Unknown** | | **Unknown** |
| **2 island chairs** | **Unknown** | | **Unknown** |
| **3 black leather island chairs (2 located in back storage area)** | **Unknown** | | **Unknown** |
| **1 Small file cabinet** | **Unknown** | | **Unknown** |
| **1 high rolling desk/counter chair in black** | **Unknown** | | **Unknown** |
| **1 two-drawer filing cabinet** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **4 phones, 2 laptops** | **Unknown** | | **Unknown** |
| **Two pairs of speakers** | **Unknown** | | **Unknown** |
| **Lamp in back office of showroom** | **Unknown** | | **Unknown** |
| **1 large format color printer (HP 7740)** | **Unknown** | | **Unknown** |
| **1 large photo printer** | **Unknown** | | **Unknown** |
| **See attachment** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor  **Bellevue Remodel & Design LLC**                    Case number *(If known)* _____
              Name

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 GMC Savana G3500** | Unknown | | Unknown |
| 47.2. **2007 Ford Econoline E150 Van** | Unknown | | Unknown |
| 47.3. **2016 Ford Transit T-250** | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                      _____ **$0.00**
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor     **Bellevue Remodel & Design LLC**                          Case number *(If known)* _____
           Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Bellevue Remodel & Design LLC**          Case number *(If known)* _____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $112,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $112,000.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $112,000.00 |

| In Front Showroom | Storage Closet in complex with showroom | Suite 11 (Office Space used as storage next to the Showroom) |
|---|---|---|
| Island mouldings/Trim pieces for Arscott | 3 R13 Rolls of Insulation | Island Panels in box for Schuman |
| Trim pieces for O'Connor in box addressed to Charlie Riffon | 1 Acuity Brand Large Ceiling Light in Opened Box | 1 Kohler tub in opened box (Possibly for Edwards) |
| Box labeled for Cencek | 1 loose tile on mesh on top of desk | 1 pack of insulation - appears new in wrapping |
| | 3 capital pendant lights in three separate boxes (Item #3338139A· | 1 long cylinder labeled Johnson (the brand) Hardware, Handle with Care |
| **In front bathroom** | | 1 "Lamps Plus" box unopened labeled for Nusspickle (former client; item rejected by client; item unable to be returned) |
| In Front Storage Closet | 1 casement window in box from Alside | |
| 1 Grohe Faucet | 1 Lanc 420 Casement window from Alside in box | 2 boxes of corbells for Diane Blunt |
| | 1 door insert with grids | |
| | 1 large light color wood vanity (top with sink in hallway) | Cabinets for the Lamb project |
| | 1 small light colored wood vanity (inside of which are assorted sample wood cabinet doors and three rolls of blueprints). | Framing material for the Lamb project |
| | 22 pieces of moulding (some are unopened and remain in plastic) | 1 roll of orange mat for tile |
| **Front Showroom** | 1 Moen Rothway three globe light | Four bags of insulation |
| 1 Schulter shower drain | 1 Delta pvrtoing toilet paper holder - Lahora Collection - in box | Dark gray moulding by back door |
| Boxes with items labeled for Cotto | 2 Kohler Hite toilets in box (appear to have been opened) | 1 opened box from Rev-A-Shelf containing a cabinet insert |
| 1 box for Dudek | 3 pieces of loose small trim/crown moulding | 1 Box of Maple Skins for Morris |
| 1 Herman Miller Chair | 1 cartboard box labeled, "Pini Doors" | |
| 3 boxes of Hillmont Pulls and 2 other pulls | 2 blue square cabinets | 1 tall dark gray cabinet out of the box |
| 1 Undeefesa tile 12x24 box (white) | 1 loose small, blue cabinet door | Cabinets for the Eleanor Chase |
| 12 Top Knobs Boards (approx. value $20 each) | 1 box of white ceiling tiles | Cabinets for Matthews Project |
| 1 Box for O'Connor | 3 glass shelves - loose | Trim and Crown Moulding for Matthews |
| Replacement doors for Elam | | 1 Kohler toilet tank (in unopened box) |
| | 1 loose white wooden shelf | Assorted trim pieces leaning against the wall near the front (driveway side) |
| | 1 loose wooden cabinet door | Packaged accessories for Eleanor Chase |
| **Back Showroom** | 1 white wooden panel | 1 opened box for a cabinet from a closed Job, Kulkarni |
| 21 champagne pulls (cabinet/drawer pulls) | 1 SEPC 420 Provia Window in box | 4 loose ceiling tiles |
| 4 boxes of cortec flooring | 19 Schulter "edges" | 1 freestanding wood bookcase |
| Four loose flooring planks | 1 tall box with moulding, labled "stair" | 1 loose piece of laminate floor |
| Loose schluter materials | 1 black bin on wooden shelving unit filled with HVAC materials | 1 unopned Schulter membrane for waterproofing (Possibly for the Edwards project) |
| 1 large cabinet with bookshelf | 10 boxes of Moen accessories | 1 tube labeled Johnson (the brand) hardware |
| Narrow white base cabinets (beneath countertop) | 3 boxes of Kohler prouducts | 1 cut piece of duct work |
| **Back Hallway** | 1 Schlage Bed and Bath pair of door handles in box | 1 microfiber refill pad/cloth for mop located near replacement cloth |
| 1 large white cabinet | 2 out of the box window inserts with panes | 1 plastic bucket |
| 1 large vanity top with sink | 1 handle-tub/shower trim in box | 1 large boxed cabinet from Welborne Forrest Cabinet Company |
| 2 large dark charcoal cabinets | 1 opened box of Florida tile | |
| 1 large vanity top with sink | 1 Kohler round front toilet bowl seat | |
| | 13 boxes of assorted tile | |
| | 1 Amercian Standard toilet seat in box | |
| | 10 pieces of white moulding on top of wooden shelving unit | |

| In front bathroom | Storage Closet in complex with showroom | Suite 11 (Office  Space used as storage next to the Showroom) |
|---|---|---|
| 60 Door Samples | 1 gray plastic bin | 2 flat roller/dolleys |
| 1 small table in front Bathroom | 1 shop vac by table | 1 open box with two cans of quar-sized paint and one roll of blue tape |
| 1 Mirror in front Bathroom | 4 orange and white traffic cones | 1 box of tissues |
| Bamboo Paper towel holder | 1 yellow mop bucket with mop | 1 hand truck in froont |
| Automatic soap dispenser | 1 red mop bucket with mop | 1 plastic bucket of waterproofing and crack prevention membrane |
| 1 wall sconce (new in box) the matching wall sconce is in the back hall way) | 1 vaccum by mop buckets | 1 bucket of kilz 2 all purpose primer |
| 1 Vacuum | 8 gray metal stools | 1 box of aluminum trim coil |
| 2 boxes of paper towels | 2 Swiffer mops | 1 hand truck in middle "office" area |
| 1 Plastic Shelving Unit | 1 handtruck | 1 wheelbarrow in gray |
| Cleaning Products | Assorted tools for painting located by handtruck | 1 "ripped" piece of plplywood |
| 12 boxes of tissues | 1 piece of blue tubing | 2 empty cardboard boxes |
| 2 packages of napkins | 1 piece of red tubing | 1 empty air compressor box |
| trash bags | 1 ladder | 1 partially used container of hardwood floor cleaner. |
| 1 mop | 1 spade | |
| 1 stepladder | 2 broom-like mops | |
| 1 broom | 1 white, wooden, open selving piece for cabinet | |
| 1 snow shovel; | 1 iron rake | |
| 1 roll of window film | 2 plastic shelving units | |
| workgloves | 1 opened bag of Zep sweeping compound | |
| De-icer | 1 Display stand for Quartz countertop samples | |
| First Aide-kit | 2 black storage bins with yellow lids, located by the mops and one of the pastic shelving units.  Inside one of the bins: | |
| Toilet Paper | - 1 wire cutter tool | |
| Three sample kits | - 1 small mallot | |
| | - 1 large sponge | |
| | - 1 rag | |
| Front Showroom | - 2 screwdrivers | |
| Seven countertops (approx. value $500 each) | - 1 spray bottle | |
| 1 kithen island (entact and able to be moved) | - 1 broom end (the bristeled portion) | |
| Cabinets for Display, which can be removed as units for home use | | |

| | |
|---|---|
| Coat rack (approx. value $200) | 1 large green and black saw |
| Assorted glassware and dises from Pier 1 (approx. value $200) | 12 green plastic glasses |
| 1 Farm sink (white) | 1 silver gutter/siding cutter |
| 1 brass kitchen faucet | 2 opened boxes of framing nails |
| 1 cooktop | 1 opened box of Suregrip Coil Roofing |
| 1 flat screen TV | 15 boxes (plastic boxes) of nails and screws |
| 1 label maker | 9 unopened bags of setting joint compound |
| 1 brother  printer | 1 can of Eminence Ceiling paint by Sherwin Williams |
| Assorted pens and pencils | 1 mallot used for installing wood floors |
| Cabinet samples with wood species samples | 4 unopened boxes of accessories for Festool |
| 5 Countertop displays | 1 large black canvas tool bag with some tools remaining |
| 3 glass pendant light | 1 long electric green and black saw |
| 1 large chandelier/hangining light in black | 1 10x10 instant canopy |
| | 1 inside commercial door from showroom |
| **Back Showroom** | 1 tamper |
| 1 large slab of granite | 1 large shovel |
| 1 quartz countertop (approx. value $500) | 1 pair of used workgloves |
| 1 double vanity with countertop and two faucets | 1 purple, red, and gray vaccum |
| 1 single vanity with mirror | 1 blue ladder |
| 1 free standing deep soaker tub | 1 yellow and black step ladder |
| 1 large piece of Dekton on wall of display shower | 3 mixing trays (small, medium, and large) |
| 1 large flooring display | 6 silver troughs |
| 1 large shower display | 12 cans of paint and primer |
| 1 backlit bathroom mirror | 1 gray plastic step/step stool, with handle - opens |
| 1 medicine cabinet with mirror and light | 1 plastic container of Mopei Type 1 Tile Adhesive |
| 2 charcoal gray cabinets with doors and one drawer each | 1 large black bin with yellow lid in back, which contains supplies from a Bellevue event |
| 1 flat screen TV | 1 black case containing Porter Hinge Templates |
| 1 approx. 19" flat monitor | 1 box labeled, "Vac box" with vaccum cleaner or shop vac parts |
| Assorted office supplies | 2 orange plastic orange containers, labeled cordless framing nailer |
| 1 dorm/apartment sized working refridgerator | 1 blue plastic container with what appears to be drill bits |

| | |
|---|---|
| 1 microwave | 6 white vinyl open post covers/hollow vinyl sleeves |
| 1 Keurig machine (working) | 1 18" table Christmas tree kit in box |
| Papertowels in back bathroom | 1 red gasoline container |
| 1 bathroom mirror in back bathroom | 1 box with a 40W Filament lightbulb |
| 60 sample cabinet doors | 1 wooden easle |
| 1 wooden bath tub tray | 1 white canvas bag with Bellevue promotional banner |
| 1 cotton hand towel | 1 box of nails |
| 1 bar of soap (wrapped) | 1 coil |
| 3 wooden with gray leather stools | 1 box = TV mounting arm |
| 1 gray and white basket | 3 rings of silver coil |
| 3 cotton bath towels | 1 plastic container with 20 piece PTO Pin assortment |
| 1 label maker | 3 boxes of opened lightbulbs of various sizes |
| | 5 paint trays |
| **Back Closet** | 1 box of outdoor flood light bulbs |
| carpet sample boards | 1 box of Gebert RVC Tubular 17"-24" Depth 383-L-T |
| 1 Plastic Shelving Unit | 12 Caulks |
| Apple Computer Screen | 3 pieces of black sandpaper |
| Apple keyboard | 1 large hammer1 box labeled Anderson exterior trim |
| **Back Hallway** | 3 rolls of black screening |
| Floor Displays | 17 cans of spary paint |
| 2 black cabinets | 1 pack of pocket door bottom glides |
| In the black cabinets: office supplies | 10 quart-sized paint cans |
| | 1 large bag of Structo-Lite |
| | 10 bags of grout (powder) |
| | 1 plastic bucket of Red Gard Waterproofing |
| | 2 plastic buckets of sheetrock joint compound |
| | 1 gray shopvac |
| | 3 boxes od heating (Merv8) filters |
| | 1 box of water and ice protection sheet |
| | 5 cans of paint on shelves by door |

| | | |
|---|---|---|
| | 5 large plastic buckets of paint | |
| | 3 unopended bags of sanded grout | |
| | 14 opended bags of powedered grout on plastic shelving closest to door | |
| | 2 shelves of the pastic shelving unit closest to door hold assorted flooring and tile adhesive | |
| | 1 box of double-sided carpet seam tape | |
| | 1 black bin with yellow lid under moulding. The bin contains a furniture blanket | |
| | 1 pick axe | |
| | 2 blue bottles of floor stripper | |
| | 1 blue bucket | |
| | 1 partially used bottle of multi-purpose cleaner | |
| | 1 coil of white plastic tubing | |
| | large sheet of ornage paper with grid imprinted | |
| | 2 caulk guns hanging by door | |

**Fill in this information to identify the case:**

Debtor name  **Bellevue Remodel & Design LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Valley National Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valley National Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**2016 Ford Transit T-250**

**P.O. Box 558**
**Wayne, NJ 07474**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $0.00

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Bellevue Remodel & Design LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Amro Alsalah**<br>**1906 S. Woodmill Drive**<br>**Wilmington, DE 19808** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,600.00 | $1,600.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Andrew Schock**<br>**27 Glenrich Ave**<br>**Wilmington, DE 19804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,800.00 | $2,800.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Bellevue Remodel & Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

**Darrell Davenport**
**7 Berley Court**
**Newark, DE 19702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00    $2,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Eric Melendez**
**2665 Willits Road**
**Apt D307**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,884.62    $2,884.62

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Fernando Garcia**
**441 Sitka Spruce Lane**
**Townsend, DE 19734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,840.00    $1,840.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Francis Leonard**
**3402 Clayton Avenue**
**Wilmington, DE 19808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,240.00    $2,240.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Bellevue Remodel & Design LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.7** Priority creditor's name and mailing address

**Henry Anderson**
**904 Rockmoss Ave**
**Newark, DE 19711**

As of the petition filing date, the claim is: $2,000.00   $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**Jacoby Norton-Mendez**
**208 Warfield Road**
**Newark, DE 19713**

As of the petition filing date, the claim is: $1,280.00   $1,280.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**Leonardo Mejia Martinez**
**1107 Hillgam Street**
**Philadelphia, PA 19111**

As of the petition filing date, the claim is: $2,000.00   $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adrian A. Morales Smilenow Landscaping,**
**530 New Street**
**Oxford, PA 19363**

As of the petition filing date, the claim is: *Check all that apply.*   $36,266.44
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Alside Supply Center**
**Division of Associated Materials, LLC**
**311 Carroll Drive, Suite 200**
**New Castle, DE 19720**

As of the petition filing date, the claim is: *Check all that apply.*   $4,747.16
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Bellevue Remodel & Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 1270
Newark, NJ 07101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$26,218.18

---

**3.4** | Nonpriority creditor's name and mailing address

**Armstrong Electric, LLC**
1624 McCay Avenue
Boothwyn, PA 19061

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.5** | Nonpriority creditor's name and mailing address

**Barrett Business Services, Inc.**
116 East Water Street
Dover, DE 19901

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,086.48

---

**3.6** | Nonpriority creditor's name and mailing address

**Bellmont Cabinets**
Attn: Nikki Forgey
13610 52nd Street E.
P.O. Box 2050
Sumner, WA 98390

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,515.83

---

**3.7** | Nonpriority creditor's name and mailing address

**CAN Surety**
City of Newark Code Enforcement Division
220 S. Main Street
Newark, DE 19711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Chadds Ford Climate Control**
144 Fairville Rd
Chadds Ford, PA 19317

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,005.00

---

**3.9** | Nonpriority creditor's name and mailing address

**Classic Granite and Marble**
8246 Sandy Court, Suite A-B
Jessup, MD 20794

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,124.63

---

| Debtor | **Bellevue Remodel & Design LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**ConServe**
**200 Cross Keys Office Park**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,140.40**

---

**3.11** | Nonpriority creditor's name and mailing address

**Cubitec Cabinets**
**4 Bell Drive**
**Ridgefield, NJ 07657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,601.54**

---

**3.12** | Nonpriority creditor's name and mailing address

**Daltile**
**P.O. Box 8500**
**Philadelphia, PA 19178-9237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$172.66**

---

**3.13** | Nonpriority creditor's name and mailing address

**Delaware Department of Labor**
**4425 North Market Street**
**Wilmington, DE 19802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$381.54**

---

**3.14** | Nonpriority creditor's name and mailing address

**Delmarva Power**
**P.O. Box 13609**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$379.85**

---

**3.15** | Nonpriority creditor's name and mailing address

**Dockside Properties, LLC**
**Glenn W. Clark**
**4001 Miller Road**
**Wilmington, DE 19802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,141.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Donegal Insurance Group**
**P.O. Box 302**
**Marietta, PA 17547-0302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,076.48**

---

DocuSign Envelope ID: 03D87C53-489B-46BD-980F-AA1929226C5D

Debtor **Bellevue Remodel & Design LLC**          Case number (if known) _____
　　　　　Name

| | |
|---|---|
| **3.17** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**Unknown** |
| **Dr. and Dr. Matthews**<br>**235 Fern Ridge**<br>**Landenberg, PA 19350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.18** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**Unknown** |
| **Edward Godden**<br>**610 Lindsey Rd**<br>**Wilmington, DE 19809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.19** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**$46,155.00** |
| **Eleanor Chase**<br>**2401 Pennsylvania Ave.**<br>**Wilmington, DE 19806** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**$801.77** |
| **FLEURCO - US, INC.**<br>**22B ROLAND AVENUE**<br>**Mount Laurel, NJ 08054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.21** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**$50,000.00** |
| **Fundation**<br>**11501 Sunset Hills Road**<br>**Suite 100**<br>**Reston, VA 20190** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Line of credit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.22** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**$36,000.00** |
| **Godfrey Plumbing**<br>**P.O.Box 8338**<br>**Wilmington, DE 19803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.23** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.　**$35,000.00** |
| **Janice Mueller**<br>**826 Parkside Blvd.**<br>**Claymont, DE 19703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Bellevue Remodel & Design LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Jena Evans**
**4606 Weldon Road**
**Wilmington, DE 19803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,400.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**John and Susan Peters**
**210 Wakefield Ct**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Kevin & Colleen Hopkins**
**7 Marker Drive**
**Wilmington, DE 19810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$50,000.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Kimberly Derbyshire**
**14 Emsley Drive**
**Wilmington, DE 19810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,485.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Lea Blvd. Automotove**
**11 East. Lea Blvd**
**Wilmington, DE 19802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$864.95**

---

**3.29** | Nonpriority creditor's name and mailing address

**Matthew Construction, Inc.**
**135 South Shelley Drive**
**Wilmington, DE 19809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,388.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Meghan Hoopes**
**234 Lyndhurst Avenue**
**Wilmington, DE 19803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,079.00**

---

| Debtor | **Bellevue Remodel & Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.31** | Nonpriority creditor's name and mailing address
Mouser Cabinets
2112 North Dixie Avenue
Elizabethtown, KY 42701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,870.05**

**3.32** | Nonpriority creditor's name and mailing address
Mr and Mrs. Robert Edwards
524 Wayland Drive
Hockessin, DE 19707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.33** | Nonpriority creditor's name and mailing address
Mr. and Mrs. Carlos Cotto
505 Ivydale Road
Wilmington, DE 19803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.34** | Nonpriority creditor's name and mailing address
Mr. and Mrs. Dudek
208 Pembrey Drive
Wilmington, DE 19803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

**3.35** | Nonpriority creditor's name and mailing address
Mr. and Mrs. Eric Cranny
2514 Berwyn Road
Wilmington, DE 19810

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.36** | Nonpriority creditor's name and mailing address
Mr. and Mrs. Eric Markl
403 Rockwood Road
Wilmington, DE 19802

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.37** | Nonpriority creditor's name and mailing address
Mr. and Mrs. Joe and Emanuela Arscott
730 W. Miner St.
West Chester, PA 19382

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

| Debtor | **Bellevue Remodel & Design LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mr. and Mrs. Kevin Lamb**<br>**801 Hopeton Road**<br>**Wilmington, DE 19807** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mr. and Mrs. O'Connor**<br>**1051 Green Glen Drive**<br>**Garnet Valley, PA 19060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **Mr. Rajesh Iyer**<br>**6 Harlech Drive**<br>**Wilmington, DE 19807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ms. Cynthia Pierson**<br>**533 Mason Drive**<br>**New Castle, DE 19720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Ms. Lisa Jennings**<br>**3307 Coachman Road**<br>**Wilmington, DE 19803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Reliable Electric**<br>**2608 Crossgate Drive**<br>**Wilmington, DE 19808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,475.77** |
|---|---|---|---|
| | **Republic Trash Services**<br>**1420 New York Avenue**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Bellevue Remodel & Design LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.00 |
|---|---|---|---|

Salvador Jacques
4 Wright Circle
Newark, DE 19702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sentinel Self-Storage
141 Edgemoor Road
Wilmington, DE 19809

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,866.25 |
|---|---|---|---|

Shaw Industries, Inc.
 P.O. Box 24101
Cleveland, OH 44124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.12 |
|---|---|---|---|

Sherwin Williams
1724 Marsh Road
Wilmington, DE 19810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,460.93 |
|---|---|---|---|

Showplace Wood Products Inc.
One Enterprise St.
Harrisburg, SD 57032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Simon and Nichole Cadwallader
96 Wayland Rd
Wilmington, DE 19807

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,447.50 |
|---|---|---|---|

Sunbelt Rentals, Inc.
453 Pulaski Highway
New Castle, DE 19720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bellevue Remodel & Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,450.00** |
|---|---|---|---|
| | **Tim and Bev Moore**<br>**23 Brooklet Drive**<br>**Wilmington, DE 19810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,282.32** |
|---|---|---|---|
| | **Top Knobs**<br>**29770 Network Place**<br>**Chicago, IL 60673-1297** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00** |
|---|---|---|---|
| | **Victoria Sorg**<br>**222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,973.25** |
|---|---|---|---|
| | **Wawa Gas Card**<br>**WEX Bank**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **EnerBank Customer Relations**<br>**Alexander Johnson**<br>**650 S Main Street**<br>**Salt Lake City, UT 84106** | Line **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **EnerBank Customer Relations**<br>**Brittany Eastman**<br>**650 S Main Street**<br>**Salt Lake City, UT 84106** | Line **3.41**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Gawthrop Greenwood, PC**<br>**Attn: John V. Rafferty, Esq.**<br>**17 E. Gay Street, Suite 100**<br>**West Chester, PA 19381-0562** | Line **3.37**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Gordon, Fournaris & Mammarella P.A.**<br>**Attn: Christopher P. Clemson, Esq.**<br>**1925 Lovering Ave.**<br>**Wilmington, DE 19806** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Bellevue Remodel & Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Hughes, Martini & Associates**<br>**James Hughes, Esq.**<br>**955 NW 17th Ave Bldg A**<br>**Delray Beach, FL 33445** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **MacElree Harvey, Ltd**<br>**Daniel R. Losco, Esquire**<br>**724 Yorklyn Road, Suite 100**<br>**Hockessin, DE 19707** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Noah Cohen Esq.**<br>**Weir Greenblatt Pierce LLP**<br>**1339 Chestnut Street**<br>**Philadelphia, PA 19107** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 18,644.62 |
| 5b. Total claims from Part 2 | 5b. + | $ | 809,843.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 828,487.72 |

---

**Fill in this information to identify the case:**

Debtor name  **Bellevue Remodel & Design LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Commercial Auto Insurance Policy** | |
| State the term remaining | **Atlantic States Insurance Company** |
| List the contract number of any government contract | **1195 River Road P.O. Box 302 Marietta, PA 17547-0302** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Commercial Package Policy** | |
| State the term remaining | **Atlantic States Insurance Company** |
| List the contract number of any government contract | **1195 River Road P.O. Box 302 Marietta, PA 17547-0302** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease for 222 Philadelphia Pike, Suite # 9 &10 Wilmington, DE 19809** | |
| State the term remaining | **Dockside Properties, LLC** |
| List the contract number of any government contract | **Glenn W. Clark 4001 Miller Road Wilmington, DE 19802** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Commercial Liability Umbrella Policy** | |
| State the term remaining | **Donegal Insurance Group** |
| List the contract number of any government contract | **P.O. Box 302 Marietta, PA 17547-0302** |

DocuSign Envelope ID: 03D87C53-489B-46BD-980F-AA1929226C5D

**Fill in this information to identify the case:**

Debtor name    **Bellevue Remodel & Design LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bellevue Remodel &amp; Design LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other **Loan from Victoria Sorg** | **$48,000.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other | **$2,156,713.28** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other | **$2,113,200.37** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | Bellevue Remodel & Design LLC | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Sorg**<br>**222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | | **$48,035.43** | **Annual Salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jocoby Norton-Mendez v. Bellevue Remodel & Design LLC**<br>**2023-01-10-0003** | **Wage payment and collection** | **State of Delaware Department of Labor 8 Georgetown Plaza Suite 2 Georgetown, DE 19947** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Andrew Schock v. Bellevue Remodel & Design LLC**<br>**2023-01-11-0004** | **Wage payment and collection** | **State of Delaware Department of Labor 8 Georgetown Plaza Suite 2 Georgetown, DE 19947** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Bellevue Remodel & Design LLC | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Fernando L. Garcia v. Bellevue Remodel & Design, LLC<br>2023-01-12-0002 | Wage payment and collection | State of Delaware Department of Labor<br>8 Georgetown Plaza Suite 2<br>Georgetown, DE 19947 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Selective Insurance v. Bellevue Remodel & Design LLC<br>CPU4-21-000621 | | Court of Common Pleas New Castle County<br>500 N. King Street, Suite 1610<br>Wilmington, DE 19801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Leonardo Anibal Meja Martinez v. Bellevue Remodel & Design LLC<br>2023-01-24-0002 | Wage payment and collection | State of Delaware Department of Labor<br>8 Georgetown Plaza Suite 2<br>Georgetown, DE 19947 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Nail stapler/machine for installing wood floors | | | Unknown |
| Compressor | | | Unknown |
| Power tools from black tool bag in storage closet | | | Unknown |
| 2 Hepa Air Scrubbers | | | Unknown |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

Debtor    **Bellevue Remodel & Design LLC**          Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC** <br> **1201 N. Orange Street** <br> **Suite 300** <br> **Wilmington, DE 19801** | | **1/13/2023** | **$7,838.00** |
| | **Email or website address** <br> **rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Bellevue Remodel & Design LLC | Case number *(if known)* | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☒ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Sentinel Self-Storage 141 Edgemoor Road Wilmington, DE 19809 | Eric Melendez, Darrell Davenport, Francis Leonard, Amro Alsalah,Fernando Garcia, Andrew Shock | Cabinets, Contstruction Materials | ☐ No ☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Debtor    __Bellevue Remodel & Design LLC__    Case number *(if known)* _____

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Marilyn Reed** | **2019-January 2021** |
| 26a.2.    **Dawn Gustafson** | **September 2021-February 2022** |

---

| Debtor | **Bellevue Remodel & Design LLC** | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Victoria Sorg**<br>**222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Eric Melendez** | | |
| | Name and address of the person who has possession of inventory records | | |
| | **Sentinel Self-Storage**<br>**141 Edgemoor Road**<br>**Wilmington, DE 19809** | | |
| 27.2. | **Victoria Sorg** | **1/16/2023** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Sentinel Self-Storage**<br>**141 Edgemoor Road**<br>**Wilmington, DE 19809** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Victoria Sorg** | **222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Sorg** | **222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | **Managing Member** | |

| Debtor | Bellevue Remodel & Design LLC | Case number *(if known)* | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brian Sorg**<br>**222 Philadelphia Pike, Suite 9**<br>**Wilmington, DE 19809** | **48,035.43** | | **Annual Salary** |
| | **Relationship to debtor**<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/25/2023___

_____
Signature of individual signing on behalf of the debtor

**Victoria J. Sorg**
Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Attachment for Part 2, No. 3 -Certain payments or transfers to creditors within 90 days before filing this case

| Date | Paid to | Amount |
|------|---------|--------|
| Oct 03 | ANGI LEADS | $645.09 |
| Oct 03 | FLEURCO US | $1,727.58 |
| Oct 03 | SEN DESIGN GROUP | $199.00 |
| Oct 03 | INDEED | $225.00 |
| Oct 03 | EPX FE 031076385 MERCH SETL 221003 313003107638 | $764.95 |
| Oct 03 | APPLECARD GSBANK PAYMENT | $4,209.46 |
| Oct 04 | NSF CHARGE FOR RETURN OF CHECK # 3277 | $35.00 |
| Oct 04 | CAPITAL ONE CRCARDPMT | $1,853.84 |
| Oct 04 | AMEX EPAYMENT | $2,000.00 |
| Oct 06 | 4 FLEURCO US INC MOUNT LAU NJ | $2,151.41 |
| Oct 06 | A G E STUDIO J 973 569 0 NJ | $750.70 |
| Oct 06 | STOCK MARKET | $5,430.81 |
| Oct 07 | TILE MARKET OF DEL AWARE | $404.99 |
| Oct 07 | DNH GODADDY COM | $15.99 |
| Oct 07 | Bridgecrest DT RETAIL | $722.00 |
| Oct 11 | DONEGAL INSURANCE GRP | $1,043.24 |
| Oct 11 | SPOTIFYUS NEW YORK NY *Showroom Music* | $9.99 |
| Oct 11 | Whitepages | $4.99 |
| Oct 11 | AMEX EPAYMENT | $1000.00 |
| Oct 11 | CHASE CREDIT CRD | $1000.00 |
| Oct 11 | AMEX EPAYMENT ACH PMT | $12,787.44 |
| Oct 12 | OD CHARGE FOR OVERDRAFT CHECK # 3297 | $35.00 |
| Oct 12 | OD CHARGE FOR OVERDRAFT CHECK # 3299 | $35.00 |
| Oct 12 | NSF CHARGE FOR RETURN OF CHECK # 3300 | $35.00 |
| Oct 12 | Comcast Business | $196.31 |
| Oct 12 | Sentinel Self Storage | $348.00 |
| Oct 12 | BARRETT BUSINESS S ERVICES, INC | $25,602.45 |
| Oct 12 | DIRECT S/C WIRE OUT FEE | $32.00 |
| Oct 12 | AMEX EPAYMENT | $1,000.00 |
| Oct 13 | FUNDATION FLT PAYMENT | $2,908.90 |
| Oct 14 | WEX INC FLEET DEBI | $1,423.93 |
| Oct 17 | BUILDERTREND | $523.95 |
| Oct 17 | ANGI LEADS | $111.51 |
| Oct 17 | Dropbox | $108.00 |
| Oct 17 | AMAZON STORECARD | $172.12 |
| Oct 17 | CAPITAL ONE | $536.35 |

| Date | Paid to | Amount |
|---|---|---|
| Oct 17 | AMEX EPAYMENT | $1000.00 |
| Oct 17 | AMEX EPAYMENT | $1000.00 |
| Oct 18 | DROPBOX | $11.99 |
| Oct 19 | AMEX EPAYMENT | $1000.00 |
| Oct 20 | AMEX EPAYMENT | $1000.00 |
| Oct 21 | HAPPY FLOORS | $864.02 |
| Oct 24 | ANGI LEADS | $111.51 |
| Oct 24 | EVERWASH | $40.00 |
| Oct 24 | RING MONTHLY HTTPSRING CA | $3.99 |
| Oct 24 | UHULU COM CA | $14.99 |
| Oct 24 | 6NTUIT QBooks Online | $200.00 |
| Oct 25 | NSF CHARGE FOR RETURN OF CHECK # 3316 | $35.00 |
| Oct 25 | 3 SENTINEL SELF STOR AGE | $204.00 |
| Oct 25 | A G E STUDIO | $330.34 |
| Oct 25 | AMEX EPAYMENT | $1000.00 |
| Oct 26 | VALLEY BANK BILL PAY | $539.18 |
| Oct 26 | AMEX EPAYMENT | $1000.00 |
| Oct 27 | WIRE TRANSFER-OUT OUTGOING WIRE BARRETT BUSINESS S ERVICES INC | $21,862.40 |
| Oct 27 | DIRECT S/C WIRE OUT FEE | $32.00 |
| Oct 27 | DELMARVA UTILITY BILLPAY | $142.28 |
| Oct 27 | DELMARVA UTILITY BILLPAY | $150.81 |
| Oct 28 | NSF CHARGE FOR RETURN OF CHECK # 3316 | $35.00 |
| Oct 28 | SENTINEL SELF STORAGE | $243.00 |
| Oct 28 | CANVA | $12.95 |
| Oct 31 | HOUZZ ADVERTISING | $412.00 |
| Oct 31 | ANGI LEADS | $111.51 |
| Oct 31 | AMEX EPAYMENT ACH PMT | $1000.00 |
| Nov 01 | THEBATHOUTLET LLC | $662.16 |
| Nov 01 | WEX INC FLEET | $1000.00 |
| Nov 01 | AMEX EPAYMENT | $1000.00 |
| Nov 01 | AMEX EPAYMENT | $1000.00 |
| Nov 01 | APPLECARD GSBANK PAYMENT | $1,766.74 |
| Nov 01 | EPX FE 031076385 MERCH SETL | $2,046.87 |
| Nov 02 | MICROSOFT REDMOND WA | $69.99 |
| Nov 03 | NSF CHARGE FOR RETURN OF CHECK # 3318 | $35.00 |
| Nov 03 | DELAWARE COUNTY SUPPLY | $1,593.42 |
| Nov 03 | DELAWARE COUNTY SUPPLY | $495.23 |
| Nov 03 | Dropbox | $7.55 |
| Nov 03 | CAPITAL ONE CRCARDPMT | $592.50 |
| Nov 03 | AMEX EPAYMENT | $1000.00 |

DocuSign Envelope ID: 03D87C53-489B-46BD-980F-AA1929226C5D

| Date | Paid to | Amount |
|---|---|---|
| Nov 04 | SUPPLYHOUSE COM | $37.70 |
| Nov 04 | HAPPY FLOORS | $2,998.91 |
| Nov 04 | SHOWPLACE WOOD PRODUCTS INC | $7000.00 |
| Nov 04 | WIRE OUT FEE | $32.00 |
| Nov 04 | AMEX EPAYMENT | $2000.00 |
| Nov 07 | ANGI LEADS | $136.94 |
| Nov 07 | GODADDY COM | $15.99 |
| Nov 07 | Bridgecrest DT RETAIL | $722.00 |
| Nov 08 | OVERDRAFT | $35.00 |
| Nov 08 | AMEX EPAYMENT | $1000.00 |
| Nov 09 | FOR RETURN OF ACH WITHDRAWAL | $35.00 |
| Nov 10 | AMEX EPAYMENT RETRY PYMT | $1000.00 |
| Nov 14 | CHARGE FOR RETURN OF ACH WITHDRAWAL | $35.00 |
| Nov 14 | TLR 2204 BR 322 | $1000.00 |
| Nov 14 | CHASE CREDIT CRD | $1000.00 |
| Nov 14 | FUNDATION FLT PAYMENT | $3,051.53 |
| Nov 15 | DIRECT S/C WIRE IN FEE | $16.00 |
| Nov 15 | CHARGE FOR RETURN OF CHECK # 3322 | $35.00 |
| Nov 15 | ANGI LEADS | $117.24 |
| Nov 15 | BUILDERTREND | $523.95 |
| Nov 15 | SENTINEL SELF STORAGE | $348.00 |
| Nov 15 | AMEX EPAYMENT | $1000.00 |
| Nov 15 | AMEX EPAYMENT | $2500.00 |
| Nov 15 | AMEX EPAYMENT | $1000.00 |
| Nov 16 | DIRECT S/C WIRE IN FEE | $16.00 |
| Nov 16 | CUBITAC | $735.24 |
| Nov 16 | LOWES | $654.46 |
| Nov 16 | Dropbox | $126.00 |
| Nov 16 | LOWES | $65.96 |
| Nov 16 | Whitepages | $4.99 |
| Nov 16 | AMAZON COM | $31.98 |
| Nov 16 | Amazon com | $127.78 |
| Nov 16 | AMEX EPAYMENT | $171.39 |
| Nov 17 | AMZN Mktp US | $35.99 |
| Nov 17 | 84 LUMBER | $802.78 |
| Nov 17 | CLASSIC GRANITE MARBLE | $3,192.08 |
| Nov 17 | Spotify | $9.99 |
| Nov 17 | LOWES | $39.98 |
| Nov 17 | AMEX EPAYMENT | $1000.00 |
| Nov 17 | AMEX EPAYMENT | $500.00 |
| Nov 17 | AMEX EPAYMENT | $1000.00 |

| Date | Paid to | Amount |
|------|---------|--------|
| Nov 17 | APPLE CARD | $500.00 |
| Nov 17 | APPLE CARD | $500.00 |
| Nov 18 | Loka Beauty | $21.00 |
| Nov 18 | LOWES | $63.53 |
| Nov 18 | LOWES | $108.96 |
| Nov 18 | LOWES | $83.76 |
| Nov 18 | CLASSIC GRANITE MARBLE | $6,613.79 |
| Nov 18 | DROPBOX | $11.99 |
| Nov 18 | CITI CARD ONLINE PAYMENT | $1100.00 |
| Nov 18 | WEX INC FLEET | $1500.00 |
| Nov 18 | AMEX EPAYMENT | $7,347.22 |
| Nov 21 | NSF CHARGE FOR RETURN OF CHECK # 3340 | $35.00 |
| Nov 21 | OD CHARGE FOR OVERDRAFT CHECK # 3342 | $35.00 |
| Nov 21 | NSF CHARGE FOR RETURN OF CHECK # 3343 | $35.00 |
| Nov 21 | THE HOME DEPOT | $68.05 |
| Nov 21 | THE HOME DEPOT | $328.58 |
| Nov 21 | ANGI LEADS | $614.88 |
| Nov 21 | DONEGAL INS GRP INSURANCE | $1,093.24 |
| Nov 22 | NSF CHARGE FOR RETURN OF ACH WITHDRAWAL | $35.00 |
| Nov 22 | NSF CHARGE FOR RETURN OF CHECK # 3326 | $35.00 |
| Nov 22 | NSF CHARGE FOR RETURN OF CHECK # 3327 | $35.00 |
| Nov 23 | OD CHARGE FOR OVERDRAFT CHECK # 3331 | $35.00 |
| Nov 23 | BARRETT BUSINESS S ERVICES, INC | $288.03 |
| Nov 23 | DIRECT S/C WIRE OUT FEE | $32.00 |
| Nov 23 | BARRETT BUSINESS S ERVICES, IN | $6,627.07 |
| Nov 23 | WIRE OUT FEE | $32.00 |
| Nov 25 | INTUIT QBooks Onl ine | $200.00 |
| Nov 25 | UHULU COM CA | $14.99 |
| Nov 25 | WIRE TRANSFER-OUT OUTGOING WIRE ERIC MELENDEZ | $2,379.51 |
| Nov 25 | WIRE OUT FEE | $32.00 |
| Nov 25 | DONEGAL INS GRP RETRY PYMT | $1,093.24 |
| Nov 28 | ANGI LEADS | $280.67 |
| Nov 28 | GODADDY COM | $30.16 |
| Nov 28 | BRANDYWINE LIGHTING | $183.00 |

| Date | Paid to | Amount |
|---|---|---|
| Nov 28 | BRANDYWINE LIGHTING | $336.00 |
| Nov 28 | SENTINEL SELF STORAGE | $214.00 |
| Nov 28 | EVERWASH | $40.00 |
| Nov 28 | Canva | $12.95 |
| Nov 28 | CBI 2020 TECH | $1,895.00 |
| Nov 28 | VALLEY BANK BILL PAY | $539.18 |
| Nov 29 | OD CHARGE FOR OVERDRAFT CHECK # 3345 | $35.00 |
| Nov 29 | OD CHARGE FOR OVERDRAFT CHECK # 3347 | $35.00 |
| Nov 29 | NSF CHARGE FOR RETURN OF CHECK # 3351 | $35.00 |
| Nov 29 | HOUZZ ADVERTISING | $412.00 |
| Nov 29 | CLASSIC GRANITE MARBLE | $5,172.26 |
| Nov 29 | SENTINEL SELF STORAGE | $243.00 |
| Nov 29 | DELMARVA UTILITY BILLPAY | $119.42 |
| Nov 29 | DELMARVA UTILITY BILLPAY | $136.72 |
| Nov 30 | NSF CHARGE FOR RETURN OF ACH WITHDRAWAL | $35.00 |
| Nov 30 | NSF CHARGE FOR RETURN OF ACH WITHDRAWAL | $35.00 |
| Nov 30 | NSF CHARGE FOR RETURN OF CHECK # 3346 | $35.00 |
| Dec 01 | WITHDRAWL | $300: Angel Milan $500: Eric Melendez Total: $800 |
| Dec 01 | WIRE TRANSFER-OUT OUTGOING WIRE FRANCIS M LEONARD | $1,509.06 |
| Dec 01 | WIRE TRANSFER-OUT OUTGOING WIRE DARRELL DAVENPORT | $1,580.44 |
| Dec 01 | DIRECT S/C WIRE OUT FE | $32.00 |
| Dec 01 | EPX FE 031076385 MERCH SETL | $214.45 |
| Dec 01 | APPLECARD GSBANK PAYMENT | $3,625.33 |
| Dec 02 | THE HOME DEPOT | $80.44 |
| Dec 02 | AMEX EPAYMENT | $1000.00 |
| Dec 05 | AMEX EPAYMENT | $500.00 |
| Dec 05 | CAPITAL ONE CRCARDPMT | $1,687.12 |
| Dec 06 | OD CHARGE FOR OVERDRAFT ACH WITHDRAWAL | $35.00 |
| Dec 07 | Bridgecrest DT RETAIL | $722.00 |
| Dec 07 | DIRECT S/C BNET STOP | $17.00 |
| Dec 08 | OD CHARGE FOR OVERDRAFT ACH WITHDRAWAL | $35.00 |

| Date | Paid to | Amount |
|------|---------|--------|
| Dec 12 | CHASE CREDIT CRD | $1000.00 |
| Dec 12 | AMEX EPAYMENT ACH PMT | $4,097.72 |
| Dec 13 | FUNDATION FLT PAYMENT | $3,051.53 |
| Dec 14 | WITHDRAWAL TLR 2204 BR 322; payment to Eric Melendez | $1,200.00 |
| Dec 14 | AMEX EPAYMENT RETRY PYMT | $4,097.72 |
| Dec 15 | BP SHORESTOP | $39.19 |
| Dec 15 | BP SHORESTOP | $60.79 |
| Dec 15 | ABC SUPPLY 0031 STANTON DE | $186.00 |
| Dec 16 | CLASSIC GRANITE MARBLE | $2,062.31 |
| Dec 16 | BARRETT BUSINESS SERVICES INC | $7,000.00 |
| Dec 16 | DIRECT S/C WIRE OUT FEE | $32.00 |
| Dec 16 | CHASE CREDIT CRD RETRY PYMT | $1000.00 |
| Dec 19 | AMEX EPAYMENT ACH PMT | $160.60 |
| Dec 20 | OD CHARGE FOR OVERDRAFT ACH WITHDRAWAL | $35.00 |
| Dec 20 | DIRECT S/C BNET STOP | $17.00 |
| Dec 21 | LOWES | $94.53 |
| Dec 21 | LOWES | $499.86 |
| Dec 21 | BP SHORESTOP | $49.10 |
| Dec 21 | THE TILE SHOP | $1,080.50 |
| Dec 21 | DELMARVA UTILITY | $125.37 |
| Dec 21 | DELMARVA UTILITY | $142.67 |
| Dec 21 | WITHDRAWAL TLR 2205 BR 322 Payment to Francis Leonard | $1720.00 |
| Dec 21 | APPLECARD GSBANK PAYMENT | $400.00 |
| Dec 22 | HOMEDEPOT | $42.00 |
| Dec 22 | THE HOME DEPOT | $47.86 |
| Dec 22 | THE HOME DEPOT | $371.24 |
| Dec 22 | BUILD COM | $406.89 |
| Dec 22 | BUILD COM | $49.32 |
| Dec 22 | LOWES | $265.63 |
| Dec 22 | BP SHORESTOP | $78.19 |
| Dec 22 | HAPPY FLOORS | $161.34 |
| Dec 22 | 84 LUMBER | $308.00 |
| Dec 22 | 84 LUMBER | $702.00 |
| Dec 22 | 84 LUMBER | $13.52 |
| Dec 23 | HOMEDEPOT COM | $328.59 |
| Dec 23 | LOWES | $110.40 |
| Dec 23 | LOWES | $59.75 |
| Dec 23 | LOWES | $49.92 |
| Dec 27 | OD CHARGE FOR OVERDRAFT CHECK # 3380 | $35.00 |
| Dec 27 | THE HOME DEPOT | $262.83 |

| Date | Paid to | Amount |
|---|---|---|
| Dec 27 | LOWES | $138.89 |
| Dec 27 | TARGET | $208.96 |
| Dec 27 | LOWES | $84.99 |
| Dec 27 | DROPBOX | $126.00 |
| Dec 27 | AMEX EPAYMENT | $1000.00 |
| Dec 27 | VALLEY BANK BILL PAY | $539.18 |
| Dec 28 | LOWES | $65.45 |
| Dec 29 | CLASSIC GRANITE MARBLE | $5,150.00 |
| Dec 29 | TOP KNOBS | $94.58 |
| Dec 29 | LOWES | $326.58 |
| Dec 30 | OD CHARGE FOR OVERDRAFT CHECK # 3395 | $35.00 |
| Dec 30 | OD CHARGE FOR OVERDRAFT CHECK # 3395 | $357.06 |
| Dec 30 | CNA SURETY | $250.00 |
| Dec 30 | CLASSIC GRANITE MARBLE | $5,150.00 |
| Dec 30 | LOWES | $29.98 |
| Dec 30 | LOWES | $13.09 |

**United States Bankruptcy Court**
**District of Delaware**

In re   Bellevue Remodel & Design LLC
_____   Case No. _____
                                    Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   1/25/2023
_____

**Victoria J. Sorg/Member**
Signer/Title

BELLEVUE REMODEL & DESIGN LLC
222 PHILADELPHIA PIKE, SUITE 9
WILMINGTON, DE 19809

BELLMONT CABINETS
ATTN: NIKKI FORGEY
13610 52ND STREET E.
P.O. BOX 2050
SUMNER, WA 98390

DOCKSIDE PROPERTIES, LLC
GLENN W. CLARK
4001 MILLER ROAD
WILMINGTON, DE 19802

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

CAN SURETY
CITY OF NEWARK CODE ENFORCEMENT DIVISION
220 S. MAIN STREET
NEWARK, DE 19711

DONEGAL INSURANCE GROUP
P.O. BOX 302
MARIETTA, PA 17547-0302

ADRIAN A. MORALES SMILENOW LANDSCAPING
530 NEW STREET
OXFORD, PA 19363

CHADDS FORD CLIMATE CONTROL
144 FAIRVILLE RD
CHADDS FORD, PA 19317

DR. AND DR. MATTHEWS
235 FERN RIDGE
LANDENBERG, PA 19350

ALSIDE SUPPLY CENTER
DIVISION OF ASSOCIATED MATERIALS, LLC
311 CARROLL DRIVE, SUITE 200
NEW CASTLE, DE 19720

CLASSIC GRANITE AND MARBLE
8246 SANDY COURT, SUITE A-B
JESSUP, MD 20794

EDWARD GODDEN
610 LINDSEY RD
WILMINGTON, DE 19809

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101

CONSERVE
200 CROSS KEYS OFFICE PARK
FAIRPORT, NY 14450

ELEANOR CHASE
2401 PENNSYLVANIA AVE.
WILMINGTON, DE 19806

AMRO ALSALAH
1906 S. WOODMILL DRIVE
WILMINGTON, DE 19808

CUBITEC CABINETS
4 BELL DRIVE
RIDGEFIELD, NJ 07657

ENERBANK CUSTOMER RELATION
ALEXANDER JOHNSON
650 S MAIN STREET
SALT LAKE CITY, UT 84106

ANDREW SCHOCK
27 GLENRICH AVE
WILMINGTON, DE 19804

DALTILE
P.O. BOX 8500
PHILADELPHIA, PA 19178-9237

ENERBANK CUSTOMER RELATION
BRITTANY EASTMAN
650 S MAIN STREET
SALT LAKE CITY, UT 84106

ARMSTRONG ELECTRIC, LLC
1624 MCCAY AVENUE
BOOTHWYN, PA 19061

DARRELL DAVENPORT
7 BERLEY COURT
NEWARK, DE 19702

ERIC MELENDEZ
2665 WILLITS ROAD
APT D307
PHILADELPHIA, PA 19114

ATLANTIC STATES INSURANCE COMPANY
1195 RIVER ROAD
P.O. BOX 302
MARIETTA, PA 17547-0302

DELAWARE DEPARTMENT OF LABOR
4425 NORTH MARKET STREET
WILMINGTON, DE 19802

FERNANDO GARCIA
441 SITKA SPRUCE LANE
TOWNSEND, DE 19734

BARRETT BUSINESS SERVICES, INC.
116 EAST WATER STREET
DOVER, DE 19901

DELMARVA POWER
P.O. BOX 13609
PHILADELPHIA, PA 19101

FLEURCO - US, INC.
22B ROLAND AVENUE
MOUNT LAUREL, NJ 08054

FRANCIS LEONARD
3402 CLAYTON AVENUE
WILMINGTON, DE 19808

JOHN AND SUSAN PETERS
210 WAKEFIELD CT
HOCKESSIN, DE 19707

MR. AND MRS. CARLOS COTTO
505 IVYDALE ROAD
WILMINGTON, DE 19803

FUNDATION
11501 SUNSET HILLS ROAD
SUITE 100
RESTON, VA 20190

KEVIN & COLLEEN HOPKINS
7 MARKER DRIVE
WILMINGTON, DE 19810

MR. AND MRS. DUDEK
208 PEMBREY DRIVE
WILMINGTON, DE 19803

GAWTHROP GREENWOOD, PC
ATTN: JOHN V. RAFFERTY, ESQ.
17 E. GAY STREET, SUITE 100
WEST CHESTER, PA 19381-0562

KIMBERLY DERBYSHIRE
14 EMSLEY DRIVE
WILMINGTON, DE 19810

MR. AND MRS. ERIC CRANNY
2514 BERWYN ROAD
WILMINGTON, DE 19810

GODFREY PLUMBING
P.O.BOX 8338
WILMINGTON, DE 19803

LEA BLVD. AUTOMOTOVE
11 EAST. LEA BLVD
WILMINGTON, DE 19802

MR. AND MRS. ERIC MARKL
403 ROCKWOOD ROAD
WILMINGTON, DE 19802

GORDON, FOURNARIS & MAMMARELLA
ATTN: CHRISTOPHER P. CLEMSON, ESQ.
1925 LOVERING AVE.
WILMINGTON, DE 19806

LEONARDO MEJIA MARTINEZ
1107 HILLGAM STREET
PHILADELPHIA, PA 19111

MR. AND MRS. JOE AND EMANUA
730 W. MINER ST.
WEST CHESTER, PA 19382

HENRY ANDERSON
904 ROCKMOSS AVE
NEWARK, DE 19711

MACELREE HARVEY, LTD
DANIEL R. LOSCO, ESQUIRE
724 YORKLYN ROAD, SUITE 100
HOCKESSIN, DE 19707

MR. AND MRS. KEVIN LAMB
801 HOPETON ROAD
WILMINGTON, DE 19807

HUGHES, MARTINI & ASSOCIATES
JAMES HUGHES, ESQ.
955 NW 17TH AVE BLDG A
DELRAY BEACH, FL 33445

MATTHEW CONSTRUCTION, INC.
135 SOUTH SHELLEY DRIVE
WILMINGTON, DE 19809

MR. AND MRS. O'CONNOR
1051 GREEN GLEN DRIVE
GARNET VALLEY, PA 19060

JACOBY NORTON-MENDEZ
208 WARFIELD ROAD
NEWARK, DE 19713

MEGHAN HOOPES
234 LYNDHURST AVENUE
WILMINGTON, DE 19803

MR. RAJESH IYER
6 HARLECH DRIVE
WILMINGTON, DE 19807

JANICE MUELLER
826 PARKSIDE BLVD.
CLAYMONT, DE 19703

MOUSER CABINETS
2112 NORTH DIXIE AVENUE
ELIZABETHTOWN, KY 42701

MS. CYNTHIA PIERSON
533 MASON DRIVE
NEW CASTLE, DE 19720

JENA EVANS
4606 WELDON ROAD
WILMINGTON, DE 19803

MR AND MRS. ROBERT EDWARDS
524 WAYLAND DRIVE
HOCKESSIN, DE 19707

MS. LISA JENNINGS
3307 COACHMAN ROAD
WILMINGTON, DE 19803

NOAH COHEN ESQ.
WEIR GREENBLATT PIERCE LLP
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

SUNBELT RENTALS, INC.
453 PULASKI HIGHWAY
NEW CASTLE, DE 19720

RELIABLE ELECTRIC
2608 CROSSGATE DRIVE
WILMINGTON, DE 19808

TIM AND BEV MOORE
23 BROOKLET DRIVE
WILMINGTON, DE 19810

REPUBLIC TRASH SERVICES
1420 NEW YORK AVENUE
WILMINGTON, DE 19801

TOP KNOBS
29770 NETWORK PLACE
CHICAGO, IL 60673-1297

SALVADOR JACQUES
4 WRIGHT CIRCLE
NEWARK, DE 19702

VALLEY NATIONAL BANK
P.O. BOX 558
WAYNE, NJ 07474

SENTINEL SELF-STORAGE
141 EDGEMOOR ROAD
WILMINGTON, DE 19809

VICTORIA SORG
222 PHILADELPHIA PIKE, SUITE 9
WILMINGTON, DE 19809

SHAW INDUSTRIES, INC.
 P.O. BOX 24101
CLEVELAND, OH 44124

WAWA GAS CARD
WEX BANK
P.O. BOX 6293
CAROL STREAM, IL 60197-6293

SHERWIN WILLIAMS
1724 MARSH ROAD
WILMINGTON, DE 19810

SHOWPLACE WOOD PRODUCTS INC.
ONE ENTERPRISE ST.
HARRISBURG, SD 57032

SIMON AND NICHOLE CADWALLADER
96 WAYLAND RD
WILMINGTON, DE 19807

STATE OF DELAWARE DEPARTMENT OF LABOR
ATTN: JACKIE DICKERSON
8 GEORGETOWN PLAZA
SUITE 2
GEORGETOWN, DE 19947

# United States Bankruptcy Court
### District of Delaware

In re   **Bellevue Remodel & Design LLC** _____     Case No. _____
_____ Debtor(s)     Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bellevue Remodel & Design LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

01/26/2023
_____
Date

/s/ Ronald S. Gellert
_____
**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for   **Bellevue Remodel & Design LLC**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**